Opinion filed April 23, 2015



**In The**

# Eleventh Court of Appeals

_____

## No. 11-14-00016-CR

_____

## ROY ALLEN OSTERGREN, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 161st District Court**

**Ector County, Texas**

**Trial Court Cause No. B-40,110**

**M E M O R A N D U M   O P I N I O N**

The parties have filed in this court an amended joint motion to remand. In the motion, the parties state that they "are requesting that the Court reverse and remand for *a new trial*, at which time the parties anticipate that Appellant will enter a plea." The parties request that we "reverse and remand the case for a new trial" and expedite our mandate. We grant the motion. *See* TEX. R. APP. P. 43.2(d), 43.6; *Palacios v. State*, No. 07-12-00107-CR, 2013 WL 2467290 (Tex. App.—Amarillo

May 31, 2013, order) (not designated for publication); *Moff v. State*, No. 13-02-123-CR, 2004 WL 5412655 (Tex. App.—Corpus Christi May 13, 2004, no pet.) (mem. op., not designated for publication); *see also* TEX. R. APP. P. 2.

The judgment of the trial court is reversed, and the cause is remanded to the trial court for further proceedings consistent with this opinion. Pursuant to the parties' request, the mandate of this court shall be issued in an expedited manner. TEX. R. APP. P. 18.1(c).

PER CURIAM

April 23, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.